IN RE ANNEXATION ORDINANCE OF NEWTON

No. 367P91

Case below: 103 N.C.App. 664

Motion by the respondent to dismiss appeal for lack of substantial constitutional question allowed 2 October 1991. Petition by White et al. for discretionary review pursuant to G.S. 7A-31 denied 2 October 1991.

IN RE CAFIERO v. N.C. BOARD OF NURSING

No. 277P91

Case below: 102 N.C.App. 610

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 October 1991.

IN RE MOTOR FUELS AUDIT ASSESSMENT

No. 352P91

Case below: 103 N.C.App. 393

Motion by the Secretary of Revenue to dismiss appeal for lack of substantial constitutional question allowed 2 October 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 October 1991.

LOWDER v. ALL STAR MILLS

No. 365P91

Case below: 103 N.C.App. 500

Petition by defendant (W. Horace Lowder) for discretionary review pursuant to G.S. 7A-31 denied 2 October 1991.

LOWDER v. ALL STAR MILLS

No. 368P91

Case below: 103 N.C.App. 525

Petitions by intervening defendant (Lois Lowder Hudson) and defendant (W. Horace Lowder) for discretionary review pursuant to G.S. 7A-31 denied 2 October 1991.